C. E. BURNS v. STATE.

No. A-1163.   Opinion Filed January 16, 1912.

Appeal from Kiowa County Court; J. W. Mansell, Judge.

C. E. Burns was convicted of violating the prohibitory law, and appeals.   Affirmed.

Zink & Cline, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.   Plaintiff in error was convicted in the county court of Kiowa county at the January, 1911, term, on a charge of violating the prohibitory law, and his punishment fixed by the jury at a fine of three hundred dollars and imprisonment in the county jail for a period of six months.   No briefs have been filed and no appearance made for oral argument on behalf of plaintiff in error.   For this reason the Attorney General has moved to affirm for want of prosecution.   The motion is well taken and is sustained.   The judgment of the trial court is affirmed.

---

ED. ELMS v. STATE.

No. A-1170.   Opinion Filed January 16, 1912.

Appeal from Caddo County Court; C. Ross Hume, Judge.

Ed. Elms was convicted of violating the prohibitory law, and appeals.   Appeal dismissed.

Bristow & McFadyen, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.   Plaintiff in error was convicted in the county court of Caddo county at the January, 1911, term, on a charge of having the possession of intoxicating liquor with the unlawful intent to sell the same, and his punishment fixed at a fine of two hundred fifty dollars and imprisonment in the county jail for a period of ninety days.   Following the rule laid down in the Stumpf case, the Attorney General has filed a motion to dismiss the appeal.   The motion is well taken and is sustained.   The appeal is accordingly dismissed.